**Motion Denied; Order filed October 4, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00130-CV

———————

### CAN CONG CHAU, Appellant

### V.

### HOUSTON EVICTIONS FOR DANNY TRAN, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1104795**

## ORDER

Appellant's brief was originally due May 31, 2018. No brief or motion for extension of time was filed. On June 12, 2018, we ordered appellant to file a brief on or before June 27, 2018. On June 20, 2018, appellant filed a motion to extend time for filing the brief requesting an additional 60 days. When we granted the extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief or motion to extend time was filed by the extended deadline. On September 11, 2018, this court ordered appellant to file a brief on or before

September 26, 2018. On September 26, 2018, appellant filed a further request for extension of time to file appellant's brief requesting a six-month extension. Appellant's motion does not allege exceptional circumstances. We deny the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **October 19, 2018**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.